

| Judicial Links | eFiling | Help | Contact Us | Print | GrantedPublicAccess Logoff MBBANOCY88 |

### 2222-CC00660 - JEREMY GLEICH V BI-STATE DEVELOPMENT AGENCY (E-CASE)

FV | Case Header / Header View | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

**Click here to eFile on Case**    Sort Date Entries: ● Descending    Display Options: All Entries
Click here to Respond to Selected Documents       ○ Ascending

---

**05/16/2022**  ☐ **Corporation Served**
Document ID - 22-SMCC-1960; Served To - BI STATE DEVELOPMENT AGENCY; Server - L WEBBE, SERVICE DEPUTY; Served Date - 12-MAY-22; Served Time - 11:19:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - FELICIA WILSON-LEGAL RECEP

**05/12/2022**  ☐ **Jury Trial Scheduled**
**Scheduled For:** 10/11/2022; 9:00 AM ; MICHAEL FRANCIS STELZER; City of St. Louis

**04/22/2022**  ☐ **Summons Issued-Circuit**
Document ID: 22-SMCC-1960, for BI STATE DEVELOPMENT AGENCY.

**04/21/2022**  ☐ **Filing Info Sheet eFiling**
**Filed By:** DOUGLAS BRIAN PONDER

☐ **Note to Clerk eFiling**
**Filed By:** DOUGLAS BRIAN PONDER

☐ **Pet Filed in Circuit Ct**
Petition for Damages.
**Filed By:** DOUGLAS BRIAN PONDER
**On Behalf Of:** JEREMY GLEICH

☐ **Judge Assigned**

---

Case.net Version 5.14.51         Return to Top of Page         Released 05/11/2022



IN THE CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

| | | |
|---|---|---|
| **JEREMY GLEICH**, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. _____ |
| | ) | |
| v. | ) | Division No. ___ |
| | ) | |
| **BI-STATE DEVELOPMENT AGENCY,** | ) | |
| Serve:  Manager on Duty | ) | |
| 211 North Broadway, Suite 700 | ) | |
| St. Louis, MO 63102 | ) | Jury Trial Demanded |
| | ) | |
| | ) | |
| Defendant. | ) | |

## PETITION FOR DAMAGES

COMES NOW Plaintiff, through the undersigned counsel, and for his Petition for Damages against Defendant, states as follows:

### Nature of Action

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964.

### Parties

2. Plaintiff is an adult male citizen of the State of Missouri.

3. Plaintiff is Caucasian.

4. Defendant Bi-State Development Agency is an inter-state compact formed between Missouri and Illinois in 1949.

5. Defendant is commonly known as Metro.

6. Defendant provides transportation services to the general public throughout the St. Louis metropolitan area.

1

7. At all times relevant herein, Plaintiff was an employee of Defendant until he was terminated on or about February 25, 2021.

## Procedural Prerequisites

8. On or about April 23, 2021, Plaintiff timely submitted a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) wherein Plaintiff alleged Defendant unlawfully discriminated against him based on gender, race, and retaliation.

9. On or about January 26, 2022, the EEOC issued its Notice of Right to Sue with regard to Plaintiff's Charge, and Plaintiff instituted this action within 90 days of his receipt of the Notice of Right to Sue.

## Factual Allegations

10. Plaintiff began working for Defendant in May 2017.

11. Plaintiff worked in Defendant's Public Safety Department as a Transit Security Specialist ("TSS").

12. On October 9, 2020, Kevin Scott (General Manager of Field Security) placed Plaintiff on a 30-day Performance Improvement Plan ("PIP") for tardiness.

13. Plaintiff believed this PIP was unfair and discriminatory as female TSS's and non-Caucasian TSS's were not placed on PIP's for similar conduct, and as such Plaintiff submitted a complaint to Defendant's EEO/Workforce Diversity Department, citing Scott by name, on that same date, October 9, 2020.

14. Plaintiff took an approved medical leave from October 19, 2020, through December 1, 2020.

15. Plaintiff successfully completed the PIP shortly after returning from medical leave.

16.   Between October 19, 2020, and the date of his termination, Plaintiff made several additional/continuing complaints regarding discriminatory conduct occurring at work, again citing Scott by name.

17.   On January 24, 2021, and January 29, 2021, Plaintiff was late for work due to unforeseen circumstances; however, he called his immediate supervisor prior to the scheduled start of his shift, and his immediate supervisor approved his late arrival on both dates.

18.   Nonetheless, when Scott learned of the late arrivals, Scott decided to use the late arrivals as a pretext to terminate Plaintiff, even though the late arrivals were approved.

19.   On February 25, 2021, Scott terminated Plaintiff and memorialized the termination in a letter.

20.   Therein, the only reason cited by Scott for Plaintiff's termination are the late arrivals referenced above.

21.   Specifically, the letter states: "This decision is based on the following reason: failure to comply with written and verbal orders to report to work on time for your assigned schedule.  We provided an opportunity to solve this problem and to help you realign to agency expectations by providing a corrective action plan and while you completed the plan, you continued to report to work late."

### Count I – Termination (Retaliation)

22.   Plaintiff incorporates by reference, as if fully set forth herein, each and every allegation set forth in the preceding paragraphs and further alleges as follows:

23.   Plaintiff opposed discrimination when he: (i) submitted a complaint to Defendant's EEO/Workforce Diversity Department on October 9, 2020, and (ii) continued to submit additional/continuing complaints thereafter up through his termination.

3

24. Plaintiff had a reasonable belief he was being discriminated against.

25. Defendant took adverse employment action against Plaintiff when it terminated him.

26. Plaintiff's opposition to discrimination was a motivating factor to the adverse employment action taken against him.

27. Plaintiff was damaged as a result of the adverse employment action taken against him.

28. Defendant's conduct as set forth above was outrageous because of an evil motive and reckless indifference to the rights of Plaintiff, in that Defendant intentionally discriminated against Plaintiff without just cause or excuse in violation of Title VII.

WHEREFORE, Plaintiff prays for judgment in his favor and against Defendant for damages in excess of $25,000, including both actual and punitive damages, for the costs incurred herein and expended, for attorneys' fees, and for such other and further relief as the Court deems just.

## Count II – Termination (Gender)

29. Plaintiff is male, and therefore is a member of a protected group.

30. Defendant took adverse employment action against Plaintiff when it terminated him.

31. Plaintiff's gender was a motivating factor to the adverse employment action taken against him in that, *inter alia*, he was terminated for approved late arrivals and female employees were not.

4

Electronically Filed - City of St. Louis - April 21, 2022 - 06:18 PM

32. In addition, upon information and belief, Defendant has a pattern of terminating male employees while not terminating female employees based on similar conduct/allegations and/or less severe conduct/allegations.

33. Plaintiff was damaged as a result of the adverse employment action taken against him.

34. Defendant's conduct as set forth above was outrageous because of an evil motive and reckless indifference to the rights of Plaintiff, in that Defendant intentionally discriminated against Plaintiff without just cause or excuse in violation of Title VII.

WHEREFORE, Plaintiff prays for judgment in his favor and against Defendant for damages in excess of $25,000, including both actual and punitive damages, for the costs incurred herein and expended, for attorneys' fees, and for such other and further relief as the Court deems just.

## Count III – Termination (Race)

35. Plaintiff incorporates by reference, as if fully set forth herein, each and every allegation set forth in the preceding paragraphs and further alleges as follows:

36. Plaintiff is Caucasian, and therefore is a member of a protected group.

37. Defendant took adverse employment action against Plaintiff when it terminated him.

38. Plaintiff's race was a motivating factor to the adverse employment action taken against him in that, *inter alia*, he was terminated for approved late arrivals and non-Caucasian employees were not.

5

39. In addition, upon information and belief, Defendant has a pattern of terminating Caucasian employees while not terminating non-Caucasian employees based on similar conduct/allegations and/or less severe conduct/allegations.

40. Plaintiff was damaged as a result of the adverse employment action taken against him.

41. Defendant's conduct as set forth above was outrageous because of an evil motive and reckless indifference to the rights of Plaintiff, in that Defendant intentionally discriminated against Plaintiff without just cause or excuse in violation of Title VII.

WHEREFORE, Plaintiff prays for judgment in his favor and against Defendant for damages in excess of $25,000, including both actual and punitive damages, for the costs incurred herein and expended, for attorneys' fees, and for such other and further relief as the Court deems just.

Respectfully submitted,

PONDER ZIMMERMANN LLC

By  /s/ Douglas B. Ponder
    Douglas Ponder, #54968
    dbp@ponderzimmermann.com
    Jaclyn M. Zimmermann, #57814
    jmz@ponderzimmermann.com
    20 South Sarah Street
    St. Louis, MO  63108
    Phone:     314-272-2621
    FAX:        314-272-2713
    *Attorneys for Plaintiff*

RECHENBERG LAW, LLC

By  /s/ Paul N. Rechenberg
    Paul N. Rechenberg, #40615
    paul@rechenberglaw.com
    215 Chesterfield Business Parkway
    Chesterfield, MO  63005
    Phone:     636-728-1900
    FAX:        636-530-6805
    *Co-counsel for Plaintiff*



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2222-CC00660 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>JEREMY GLEICH<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DOUGLAS BRIAN PONDER<br>20 SOUTH SARAH ST<br>ST LOUIS, MO 63108 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br>BI STATE DEVELOPMENT AGENCY<br>Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101<br>Please see the attached information for appearing via WebEx. WebEx connection information may also be found at<br>http://www.stlcitycircuitcourt.com/ | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** BI STATE DEVELOPMENT AGENCY
**Alias:**
211 NORTH BROADWAY SUITE 700
SAINT LOUIS, MO 63102

**SHERIFF'S FEE PAID**



COURT SEAL OF
CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***Due to COVID19 challenges, virtual appearances by Webex.com are also required until further order of this Court. ***

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

April 22, 2022 _____
Date                                   Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).
☐ other: _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server                        Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____        _____
                              Date                                          Notary Public

SJRC (07-21) SM30 (SMCC)  *For Court Use Only:* Document ID # 22-SMCC-1960  1 of 1 (2222-CC00660)   Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2222-CC00660 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>JEREMY GLEICH | Plaintiff's/Petitioner's Attorney/Address<br>DOUGLAS BRIAN PONDER<br>20 SOUTH SARAH ST<br>ST LOUIS, MO 63108 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br>BI STATE DEVELOPMENT AGENCY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | Please see the attached information for appearing via WebEx. WebEx connection information may also be found at<br>http://www.stlcitycircuitcourt.com/ | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: BI STATE DEVELOPMENT AGENCY
Alias:
211 NORTH BROADWAY SUITE 700
SAINT LOUIS, MO 63102

**SHERIFF'S FEE PAID**

COURT SEAL OF
CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***Due to COVID19 challenges, virtual appearances by Webex.com are also required until further order of this Court.***

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

April 22, 2022                     _Thomas Kloeppinger_
Date                                    Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
☑ (for service on a corporation) delivering a copy of the summons and petition to: _Felicia Wilson_ (name) _Legal resep_ (title).
☐ other: _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _5/13/22_ (date) at _11:19 AM_ (time).

_Lynn Webbe_                                _Ryan Webbe 223_
Printed Name of Sheriff or Server S/c      Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____
                         Date              Notary Public

SJRC (07-21) SM30 (SMCC) *For Court Use Only:* Document ID # 22-SMCC-1960 1 of 1 (2222-CC00660)    Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo